B21 (Official Form 21) (12/12)

Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

## United States Bankruptcy Court
### Northern District of Illinois

In re   Karyn T Johnson
                                    Debtor

Address   80 Esther St.
          Crystal Lake, IL 60014

Case No. _____

Chapter  7

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s)..(if any):        xxx-xx-9203
Employer's Tax Identification (EIN) No(s). (if any):

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): **Johnson, Karyn T**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ■ Debtor has a Social-Security Number and it is: ▮▮▮▮▮▮▮▮▮
      *(If more than one, state all.)*
   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___.
      *(If more than one, state all.)*
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle):
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is: ___
      *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN) and it is:  .
      *(If more than one, state all.)*
   ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____
   Karyn T Johnson                    Date
   Signature of Debtor

X _____
   Signature of Joint Debtor          Date

*Joint debtors must provide information for both spouses.
Penalty for making a false statement. Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy